### EX PARTE Jami L. McLENDON

(In re: Jami L. McLendon

v.

John David Mills, Jr.)

1141134

Supreme Court of Alabama.

Jan. 29, 2016

Austin Burdick of Burdick Law Firm, Bessemer, for petitioner.

Submitted on petitioner's brief only.

BOLIN, Justice.

WRIT QUASHED. NO OPINION.

MOORE, C.J., and MAIN and BRYAN, JJ., concur.

MURDOCK, J., concurs specially.

MURDOCK, Justice (concurring specially).

I concur in quashing the writ in this case. I write separately to note that I would be open, in an appropriate case, to reexamining the issue whether the standard set out in *Ex parte McLendon*, 455 So.2d 863 (Ala. 1984), rather than the standard set out in *Ex parte Couch*, 521 So.2d 987 (Ala. 1988), should be applied to a petition to modify custody where joint physical custody has been maintained for a meaningful period pursuant to a prior court order.

### M.J.M.